UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CRAIG NUNNERY | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION _____ <br> JUDGE _____ |
| OFFSHORE MARINE <br> CONTRACTORS, INC. | § | MAGISTRATE: ____ <br> MAGISTRATE JUDGE _____ |

*__Admiralty 9(h)__*

### COMPLAINT

This Complaint of CRAIG NUNNERY, a competent person of the full age of majority, appearing herein through undersigned counsel, and complaining of the Defendant, respectfully alleges and shows unto this Honorable Court that:

1.

CRAIG NUNNERY, hereinafter plaintiff, is a resident of McComb, Mississippi, and brings this action against the defendant pursuant to the general maritime law and 33 U.S.C. §905(b).

2.

Defendant, OFFSHORE MARINE CONTRACTORS, INC., hereinafter referred to as "OMCI", is a Louisiana corporation engaged in the business of owning and operating offshore specialty vessels, and licensed to do and doing business within this state and within the jurisdiction of this Honorable Court.

3.

At all times material to this lawsuit, plaintiff was employed by Tetra Technologies and had been assigned to the OMCI vessel, L/B WYATT LEE, to perform plug and abandonment work on various wells owned and operated by Stone Energy in its Ship Shoal field.

4.

At all time material to this lawsuit, the L/B WYATT LEE, a lift boat operating in the navigable waters of the Gulf of Mexico, was owned and/or operated by defendant OMCI. OMCI was the owner and/or owner *pro hac vice* of the L/B WYATT LEE.

5.

OMCI employed the master of the L/B WYATT LEE and the crane operator aboard the L/B WYATT LEE.

6.

On or about March 31, 2012, while in performance of his work aboard the L/B WYATT LEE at Ship Shoal 112, plaintiff sustained severe and permanent injuries as a result of the negligence of the defendant and/or as a result of the unreasonably dangerous condition of its vessel, L/B WYATT LEE .

7.

Plaintiff was struck in the left hip/ lower back with a twenty pound maul.  The maul was wielded by plaintiff's co-worker, Nick Greer.  At the time of the incident, Mr. Greer was attempting to strike the joint of pipe his crew was working.  However, the joint of pipe was suspended by the crane of the L/B WYATT LEE, operated by a direct employee of OMCI.  Unfortunately, due to the carelessness, inattentiveness or lack of skill on the part of the crane operator, the joint of pipe moved causing Mr. Greer's hammer strike to glance off, slip from his grip and strike Plaintiff.  Alternatively, some defect or malfunction in the L/B WYATT LEE's crane caused the pipe to unexpectedly move at the moment of the incident.

8.

The aforementioned incident which injured plaintiff was directly and proximately caused by the negligence of the OMCI and/or by an unsafe condition in OMCI's vessel, L/B WYATT LEE.

9.

Plaintiff sustained serious and permanent injuries to his lower back and neck.  He has incurred medical expenses and his treating physicians anticipate additional medical expenses in the future relating to the treatment and care of plaintiff's injuries.  By orders of his physicians, plaintiff has been and remains disabled from normal work duties and offshore work.

10.

As a result of defendant's negligence and/or the unsafe condition of its vessel, plaintiff is permanently disabled from his chosen career offshore and has suffered loss of past income and will suffer loss of future income, loss of enjoyment of life, personal and medical expenses, past

and future physical and mental pain and suffering, and severely painful and permanently disabling injuries amounting to the sum of TWO MILLION (2,000,000.00) DOLLARS.

WHEREFORE, plaintiff prays that after due proceedings are had, that there be a judgment entered for plaintiff, CRAIG NUNNERY and against the defendant, OFFSHORE MARINE CONTRACTORS, INC. in the full amount of TWO MILLION ($2,000,000.00) DOLLARS, for all costs of these proceedings, for pre-judgment interest, for trial by jury, and for all relief under equity and law to which plaintiff may be justly entitled.

Respectfully submitted:

STRAUSS & KING, APLC

*/s/Rhett E. King*
Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504. 523-0033 (telephone)
504. 523-0109 (facsimile)
rhettking@straussandking.com